**No. 54535.**—Cooper & Brase, Inc., et al. *v.* United States, protests 153335–K (B), etc. (New York).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 54536.**—G. H. Seffert Co. *v.* United States, protests 155053–K (B) and 155055–K (B) (New York).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 54537.**—F. A. MacCluer, Inc. *v.* United States, protest 150353–K (New York).

Opinion by JOHNSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protest.

**No. 54538.**—Chekiang Co. and Hurley Johnson Corp. *v.* United States, protests 151686–K (A) and 154730–K (New York).

Opinion by JOHNSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 54539.**—Park & Tilford Import Corp. *v.* United States, protest 152150–K (New York).

Opinion by JOHNSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protest.

**No. 54540.**—Railway Express Company *v.* United States, protest 153076–K (New York).

Opinion by JOHNSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protest.

**No. 54541.**—Star Liquor Dealers, Inc. *v.* United States, protest 153390–K (New York).

Opinion by JOHNSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protest.

**No. 54542.**—Marianao Sugar Trading Corporation *v.* United States, protest 155273–K (New York).

Opinion by JOHNSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protest.

**No. 54543.**—Ertag Brothers *v.* United States, protest 156408–K (New York).

Opinion by JOHNSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protest.